# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00123-CV

**James Allred; Wholearth Organic Composting, L.L.C.; Target Brush and Grinding, L.L.C.; JOH Investments, Ltd.; and JOH Associates, L.L.C., Appellants**

**v.**

**Howard Hale and Cheryl Hale, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. GN600106, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants James Allred; Wholearth Organic Composting, LLC; Target Brush and Grinding, LLC; JOH Investments, Ltd.; and JOH Associates, LLC, have filed a motion to dismiss their appeal. The motion is unopposed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellees' pending opposed motion to dismiss is dismissed as moot.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed on Appellants' Motion

Filed:   July 17, 2007